Comcast VS Roger Clifford     United States District Court     case # 04-40-237FDS

December 1, 2004

United States District Court
595 Main St.
Worcester, MA

Re: Docket # 04-40-237 FDS

To whom it may concern:

    I, Roger Clifford, of 83 Gordon Avenue, Leominster, MA, 01453, Respectfully request an extension in time to answer this civil complaint. I found the complaint on my kitchen counter on the 20th of November. It was stamped on the 19th of November by the process server.

    The following week was Thanksgiving week, and I was not informed until the 29th of November that I needed a lawyer who had a Federal License to help me answer this complaint.

    The complaint notes that it is supposed to be answered, I believe, by December 8th. I respectfully ask for at least a 15 working day extension from this date and intend to respond to the issues raised by December 30, 2004.

If you have any questions, please call me at (978) 534-4188.

The docket # is 04-40-237 FDS

Thank you for your time

*Roger Clifford*

Roger Clifford

Certificate of service

11/30/04 I mail a copy of this document to John McLaughlin of North Hampton mass, 77 pleasant st.