AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of Massachusetts

Comcast of Massachusetts III, Inc.

v.

Roger Clifford

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:

**04-40237 FDS**

TO: (Name and address of Defendant)

Roger Clifford
83 Gordon Ave
Leominster, MA 01453

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

John M. McLaughlin
Green Miles Lipton & Fitz-Gibbon
77 Pleasant Street
P.O. Box 210
Northampton, MA 01061

an answer to the complaint which is herewith served upon you, within **twenty (20)** days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS

CLERK

_Sherry Jones_
(By) DEPUTY CLERK

DATE  11-15-04

%AO 440 (Rev. 10/93) Summons in a Civil Action

## RETURN OF SERVICE

**Worcester County Sheriff's Office** • P.O. Box 1066 • Worcester, MA 01613 • (508) 752-1100

Worcester, ss

11/22/2004

I hereby certify and return that on 11/19/2004 at 02:05pm I served a true and attested copy of the Summons and Complaint for Violations of 47 U.S.C. Section 553, Civil Cover Sheet, Corporate Disclosure Statement, Attachments in this action in the following manner: To wit, by leaving at the last and usual place of abode of ROGER CLIFFORD at 83 GORDON AVE, LEOMINSTER, MA and by mailing first class mail to the above address on 11/22/2004. Fees: Service 20.00, Travel 19.52, Conveyance 3.00, Attest 10.00 & Postage and Handling 3.00 Total Fees: $55.52

Deputy Sheriff James T Connolly Jr.

*Deputy Sheriff*

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  |  |  |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____    _____
            Date                      Signature of Server

                                      _____
                                      Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.