**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS (Worcester)**

| | | |
|---|---|---|
| **Comcast of Massachusetts III, Inc.,** | ) | Case No.:  **04-40237 FDS** |
| | ) | |
| Plaintiff, | ) | |
| | ) | **NOTICE OF VOLUNTARY DISMISSAL** |
| vs. | ) | |
| | ) | **WITHOUT PREJUDICE** |
| **Roger Clifford** | ) | |
| | ) | |
| Defendant | ) | |
| | ) | |

Now comes the Plaintiff in this action and hereby gives Notice to this Court, that

pursuant to Rule 41(a)(1)(I) of the Fed. R. Civ. P., the Plaintiff dismisses, without prejudice, the

Defendant Roger Clifford from the above-referenced action.

Respectfully Submitted for the Plaintiff,
Comcast of Massachusetts III, Inc.
By Its Attorney,

3/1/2005
Date

__/s/ John M. McLaughlin___
John M. McLaughlin
**Green, Miles, Lipton & Fitz-Gibbon**
77 Pleasant Street
P.O. Box 210
Northampton, MA 01061
Telephone:  (413) 586-0865
BBO No. 556328

### CERTIFICATE OF SERVICE

      I, John M. McLaughlin, attorney for the Plaintiff, hereby certify that on March 1, 2005 a copy of the foregoing was mailed first class to:

Roger Clifford
83 Gordon Ave.
Leominster, MA 01453

                                            _/s/ John M. McLaughlin___
                                            John M. McLaughlin, Esq.